IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN PRUETTE and CHRISTOPHER PRUETTE, on behalf of INSEARCH PARTNERS, | : : : : | CIVIL ACTION |
| Petitioners, | : : | |
| v. | : : | NO. 19-487 |
| EGAN JONES RATINGS COMPANY. | : : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 16th day of April, 2020, upon review of the Petition to Confirm in Part and Vacate in Part Final Arbitration Award (Docket No. 1), the opposition thereto, Petitioner's reply, and all exhibits attached, as well as Respondents' Cross-Petition to Confirm the Arbitration Award (Docket No. 11) and after oral argument being held on this matter, it is hereby **ORDERED** as follows:

1. Petitioners' Petition is **GRANTED** in part and **DENIED** in part;

2. Petitioners' Petition is **GRANTED** to the extent it seeks to confirm the Final Arbitration Award in this matter and **DENIED** to the extent it seeks to vacate the Final Arbitration Award;

3. Respondent's Cross-Petition to Confirm the Arbitration Award is **GRANTED**;

4. The final arbitration award in the amount of $1,437,334.56 is hereby **ENTERED** as a **JUDGMENT** in favor of Petitioners and against Respondent; and

5. The Clerk of Court shall close this case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.